```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/02/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THEODORE COX,

                **Plaintiff,**

    -against-

TAE D. JOHNSON, ET AL.,

                **Defendants.**
-----------------------------------------------------------X

                **21-CV-00024 (ALC)**

                **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are hereby ORDERED to file a joint status report, including how they would like to proceed in the litigation, by no later than May 3, 2021.

**SO ORDERED.**

**Dated:**      **April 2, 2021**
                **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**